UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division
Office of the Clerk

| | |
|---|---|
| **Thomas M. Gould, Clerk** | **Deputy-in-Charge** |
| 242 Federal Building | U. S. Courthouse, Room 262 |
| 167 N. Main Street | 111 South Highland Avenue |
| Memphis, Tennessee 38103 | Jackson, Tennessee  38301 |
| (901) 495-1200 | (731) 421-9200 |

**NOTICE OF SETTING**
**Before Judge Sheryl H. Lipman, United States District Judge**

February 24, 2022

RE:   **2:17-cr-20208-1-SHL**

   **USA v. DAVID HIGH**

Dear Sir/Madam:

A **SUPERVISED RELEASE VIOLATION HEARING** has been **SET** before **Judge Sheryl H. Lipman** on **THURSDAY, MARCH 24, 2022 at 3:00 P.M. in Courtroom 1, 11th Floor of the Federal Building, Memphis, Tennessee.**

The parties are instructed to file their positions regarding the Supervised Release Violation with the Court seven (7) days in advance of the hearing.   If an evidentiary hearing is needed, please notify the case manager and have all witnesses present at the hearing.

As to defendants on bond, failure to appear without leave of court will result in a forfeiture of appearance bond and issuance of a warrant for arrest.

If you have any questions, please contact the case manager at the telephone number or email address provided below.

   Sincerely,
   THOMAS M. GOULD, CLERK
   BY:   *s/Sandra McClain*,
      Courtroom Deputy to Judge Sheryl H. Lipman
      901-495-1317
      sandra_mcclain@tnwd.uscourts.gov